AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Jul 11, 2023**

SEAN F. McAVOY, CLERK

THOMAS-EDWARD-ELMER SMITH,

*Plaintiff*

v.

SUZI CASTELO, private and professional capacity; LINDA MILLER SHEETS, private and professional capacity; STEVE RAMSEY, private and professional capacity; MICHAEL BAUMGARTNER, private and professional capacity; JOE HOLLENBACK, private and professional capacity; SPOKANE COUNTY; and STATE OF WASHINGTON

*Defendant*

Civil Action No. 2:22-CV-00325-SAB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Dismiss for Failure to State a Claim, ECF No. 39, is GRANTED. Pursuant to Order filed at ECF No 54, Plaintiff's Second and Third Amended Complaint are DISMISSED. Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Stanley A. Bastian on Defendants' Motion to Dismiss for Failure to State a Claim.

Date: 7/11/2023

CLERK OF COURT

SEAN F. McAVOY

s/ Ruby Mendoza
*(By) Deputy Clerk*

Ruby Mendoza